1  G. Thomas Martin, III (SBN 218456)
   **PRICE LAW GROUP, APC**
2  15760 Ventura Blvd., Suite 1100
   Encino, CA 91436
3  Direct Dial: (818) 907-2030
   Fax: (818) 205-3730
4  tom@plglawfirm.com

5  Attorneys for Plaintiff,
   GEORGE CASEY

6

7

8                  UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11 GEORGE CASEY;                    ) Case No. 3:12-cv-00737-LB
                                    )
12         Plaintiff,               )
                                    )
13    vs.                           ) STIPULATION AND [PROPOSED]
                                    ) ORDER OF DISMISSAL
                                    ) WITHOUT PREJUDICE
14                                  ) BETWEEN PLAINTIFF AND
   DIVERSIFIED COLLECTION           ) DEFENDANT DIVERSIFIED
15 SERVICES, INC.; DOES 1 – 10,     ) COLLECTION SERVICES, INC.;
   inclusive.                       )
16                                  )
           Defendants.              )
17 _____

18     Plaintiff, George Casey, by counsel, and Defendant, Diversified Collection

19 Services, Inc., by counsel, hereby stipulate and agree that all matters herein

20 between them have been compromised and settled, and that Plaintiff's Complaint

21 and each and every claim therein against Diversified Collection Services, Inc.

22 ///

23 ///

24 ///

25 ///

STIPULATION OF DISMISSAL WITHOUT PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT
DIVERSIFIED COLLECTION SERVICES, INC. – 3:12-cv-00737-LB

- 1 -

1  should be dismissed, without prejudice, with each party to bear its own costs and
2  attorneys' fees.

3                                              Respectfully submitted,

5  Date: August 21, 2012                       By: /s/ G. Thomas Martin, III
                                               G. Thomas Martin, III, Esq.
                                               Price Law Group
                                               15760 Ventura Blvd., Suite 1100
                                               Encino, CA 91436
                                               Telephone: 818-907-2030
                                               Fax: 818-205-2730
                                               Email: tom@plglawfirm.com
                                               *Counsel for George Casey*

12 Date: August 21, 2012                       By: /s/ Danielle R. Teeters
                                               Danielle R. Teeters
                                               KRONICK, MOSKOVITZ, TIEDEMANN
                                               & GIRARD
                                               400 Capitol Mall, 27th Floor
                                               Sacramento, CA 95814
                                               Telephone: (916) 321-4500
                                               Facsimile: (916) 321-4555
                                               Email: dteeters@kmtg.com
                                               *Counsel for Diversified Collection Services, Inc.*

STIPULATION OF DISMISSAL WITHOUT PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT
DIVERSIFIED COLLECTION SERVICES, INC. – 3:12-cv-00737-LB