G. Thomas Martin, III (SBN 218456)
**PRICE LAW GROUP, APC**
15760 Ventura Blvd., Suite 1100
Encino, CA 91436
Direct Dial: (818) 907-2030
Fax: (818) 205-3730
tom@plglawfirm.com

Attorneys for Plaintiff,
GEORGE CASEY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

GEORGE CASEY;

    Plaintiff,

vs.

DIVERSIFIED COLLECTION SERVICES, INC.; DOES 1 – 10, inclusive.

    Defendants.

Case No. 3:12-cv-00737-~~LB~~ PJH

**STIPULATION AND [~~PROPOSED~~] ORDER OF DISMISSAL WITHOUT PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT DIVERSIFIED COLLECTION SERVICES, INC.;**

Plaintiff, George Casey, by counsel, and Defendant, Diversified Collection Services, Inc., by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's Complaint and each and every claim therein against Diversified Collection Services, Inc.

///

///

///

///

STIPULATION OF DISMISSAL WITHOUT PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT DIVERSIFIED COLLECTION SERVICES, INC. – 3:12-cv-00737-LB

- 1 -

1 should be dismissed, without prejudice, with each party to bear its own costs and
2 attorneys' fees.

3                                Respectfully submitted,

5 Date: August 21, 2012         By: /s/ G. Thomas Martin, III
G. Thomas Martin, III, Esq.
Price Law Group
15760 Ventura Blvd., Suite 1100
Encino, CA 91436
Telephone: 818-907-2030
Fax: 818-205-2730
Email: tom@plglawfirm.com
*Counsel for George Casey*

12 Date: August 21, 2012         By: /s/ Danielle R. Teeters
Danielle R. Teeters
KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
400 Capitol Mall, 27th Floor
Sacramento, CA 95814
Telephone: (916) 321-4500
Facsimile: (916) 321-4555
Email: dteeters@kmtg.com
*Counsel for Diversified Collection Services, Inc.*

STIPULATION OF DISMISSAL WITHOUT PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT
DIVERSIFIED COLLECTION SERVICES, INC. – 3:12-cv-00737-LB

# [~~PROPOSED~~ ORDER]

PURSUANT TO STIPULATION, IT IS SO ORDERED that all claims of Plaintiff George Casey against Defendant Diversified Collection Services, Inc. are dismissed, without prejudice. Plaintiff George Casey and Defendant Diversified Collection Services, Inc. shall each bear their own costs and attorneys' fees.

Date: 8/21/12



JUDGE, Court, Northern

IT IS SO ORDERED
Judge Phyllis J. Hamilton

DISTRIBUTION TO:

| DANIELLE R. TEETERS<br>dteeters@kmtg.com | June D. Coleman<br>jcoleman@kmtg.com |

STIPULATION OF DISMISSAL WITHOUT PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT DIVERSIFIED COLLECTION SERVICES, INC. – 3:12-cv-00737-LB

- 3 -