1  G. Thomas Martin, III (SBN 218456)
   **PRICE LAW GROUP, APC**
2  15760 Ventura Blvd., Suite 1100
   Encino, CA 91436
3  Direct Dial: (818) 907-2030
   Fax: (818) 205-3730
4  tom@plglawfirm.com

5  Attorneys for Plaintiff,
   GEORGE CASEY

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

GEORGE CASEY;

    Plaintiff,

vs.

DIVERSIFIED COLLECTION SERVICES, INC.; DOES 1 – 10, inclusive.

    Defendants.

Case No. 3:12-cv-00737-~~LB~~ PJH

STIPULATION AND [~~PROPOSED~~] ORDER OF DISMISSAL WITHOUT PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT DIVERSIFIED COLLECTION SERVICES, INC.;

    Plaintiff, George Casey, by counsel, and Defendant, Diversified Collection Services, Inc., by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's Complaint and each and every claim therein against Diversified Collection Services, Inc.

///

///

///

///

STIPULATION OF DISMISSAL WITHOUT PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT DIVERSIFIED COLLECTION SERVICES, INC. – 3:12-cv-00737-LB

1  should be dismissed, without prejudice, with each party to bear its own costs and
2  attorneys' fees.

3                                              Respectfully submitted,

5  Date: August 21, 2012                       By: /s/ G. Thomas Martin, III
                                               G. Thomas Martin, III, Esq.
6                                              Price Law Group
7                                              15760 Ventura Blvd., Suite 1100
                                               Encino, CA 91436
8                                              Telephone: 818-907-2030
                                               Fax: 818-205-2730
9                                              Email: tom@plglawfirm.com
10                                             *Counsel for George Casey*

12  Date: August 21, 2012                      By: /s/ Danielle R. Teeters
                                               Danielle R. Teeters
13                                             KRONICK, MOSKOVITZ, TIEDEMANN
                                               & GIRARD
14                                             400 Capitol Mall, 27th Floor
15                                             Sacramento, CA 95814
                                               Telephone: (916) 321-4500
16                                             Facsimile: (916) 321-4555
17                                             Email: dteeters@kmtg.com
                                               *Counsel for Diversified Collection Services,*
18                                             *Inc.*

STIPULATION OF DISMISSAL WITHOUT PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT
DIVERSIFIED COLLECTION SERVICES, INC. – 3:12-cv-00737-LB

- 2 -

# [~~PROPOSED~~ ORDER]

PURSUANT TO STIPULATION, IT IS SO ORDERED that all claims of Plaintiff George Casey against Defendant Diversified Collection Services, Inc. are dismissed, without prejudice. Plaintiff George Casey and Defendant Diversified Collection Services, Inc. shall each bear their own costs and attorneys' fees.

Date: 8/21/12



JUDGE, United States District Court, Northern District of California

IT IS SO ORDERED
Judge Phyllis J. Hamilton

DISTRIBUTION TO:

| DANIELLE R. TEETERS<br>dteeters@kmtg.com | June D. Coleman<br>jcoleman@kmtg.com |

STIPULATION OF DISMISSAL WITHOUT PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT DIVERSIFIED COLLECTION SERVICES, INC. – 3:12-cv-00737-LB